**FILED**

UNITED STATES COURT OF APPEALS

NOV 30 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THEODORE COHEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GUIDANT CORPORATION; et al.,<br><br>        Defendants - Appellees. | No. 11-55365<br><br>D.C. No. 2:05-cv-08070-R-PLA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 3 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation